# United States District Court for the Northern District of Illinois

Case Number: 08cv2738          Assigned/Issued By: DAJ

Judge Name: GETTLEMAN          Designated Magistrate Judge: ASHMAN

## FEE INFORMATION

*Amount Due:*   ☑ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2769265

Date Payment Rec'd: 05/12/08       Fiscal Clerk: DAJ

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__4__ Original and __0__ copies on __05/12/08__ as to CITY OF CHICAGO,
                                  (Date)
JOSEPH FITZGERALD, ROGELIO OCON, RYAN KING.

C:\wpwin80\docket\feeinfo.frm    03/14/05