UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case: 08 C 2738 |
|---|---|
| Justin Carillo et al., | Judge Gettleman |
| Plaintiff | Mag. Judge Ashman |
| v. | |
| City of Chicago, et. al., | |
| Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Joseph Fitzgerald, Rogelio Ocon and Ryan King

---

| SIGNATURE |
|---|
| /s/ Thomas J. Platt, Chief Assistant Corporation Counsel |
| FIRM |
| City of Chicago, Department of Law |
| STREET ADDRESS |
| 30. LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06181260 | (312) 744-4833 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES x   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO x |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES x   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES x   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |