UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case: 08 C 2738 |
| Justin Carillo et al., | Judge Gettleman |
| Plaintiff | Magistrate Judge Ashman |
| v. | |
| City of Chicago, et. al., | |
| Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Joseph Fitzgerald, Rogelio Ocon and Ryan King, Defendants.

| SIGNATURE |
|---|
| /s/ Anne K. Preston, Assistant Corporation Counsel |

| FIRM |
|---|
| City of Chicago, Department of Law |

| STREET ADDRESS |
|---|
| 30. LaSalle Street, Suite 1400 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois   60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6287125 | (312) 742-4045 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO x |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO x |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO  x |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES x    NO ☐ |
|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ |
|---|