IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN CARILLO )  | | |
|     Plaintiff ) | No. 08 C 2738 | |
| ) | | |
| v. ) | | |
| ) | Judge Gettleman | |
| ) | | |
| CITY OF CHICAGO, Chicago Police ) | | |
| Officers JOSEPH FITZGERALD, Star 19954 ) | Magistrate Ashman | |
| ROGELIO OCON, Star 4362 and ) | | |
| RYAN KING, Star 18362 ) | | |
| ) | | |
|     Defendants. ) | | |

**MOTION OF DEFENDANTS TO
EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

Defendants City of Chicago, Joseph Fitzgerald, Rogelio Ocon and Ryan King, by one of their attorneys, Thomas J. Platt, Assistant Corporation Counsel, for their Agreed Motion to Extend the Time to Answer or Plead to the Complaint in this cause through July 17, 2008, state as follows:

    1.    This matter was filed May 12, 2008 and is a case under 42 U.S.C. §1983 City of Chicago Police officers for violation of Fourth Amendment rights alleging unreasonable seizure, excessive force and failure to intervene

    2.    Defendant Officers were served on June 3, 2008

    3.    Counsel for defendants have not had an opportunity to meet with the officers or obtain the necessary police records to prepare a responsive pleading.

    3.    Defendants request through July 17, 2008, to file their responsive pleading to the complaint.

WHEREFORE, Defendants City of Chicago, Joseph Fitzgerald, Rogelio Ocon and Ryan

King request that this court enter an order allowing defendants through July 17, 2008 to file their responsive pleading to the complaint in this cause.

                                                Respectfully submitted,

                                                /s/ Thomas J. Platt
                                                Assistant Corporation Counsel
                                                Attorney for individual Defendants

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty. No. 06181260                              June 17, 2008