IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN CARILLO | ) | |
| Plaintiff | ) | No. 08 C 2738 |
| | ) | |
| v. | ) | |
| | ) | Judge Gettleman |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | |
| | ) | Magistrate Ashman |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 N. Clark Street. Suite 1700
Chicago, Illinois   60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants' Motion for Extension of Time to File Responsive Pleadings, copy of which is served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Robert Gettleman, or before such other Judge sitting in his place or stead, on June 24, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the above stated motion for hearing.

**DATED** at Chicago, Illinois,  June 17, 2008.

Respectfully submitted,

/s/ Thomas J. Platt
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4833
(312) 744-6566 (FAX)
ATTY. NO.   06181260

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Notice of and Defendants' Motion for Extension of Time to File Responsive Pleadings via the electronic filing system of the Northern District of Illinois to the persons named in the foregoing Notice at the addresses therein shown, on June 17, 2008.

                                      /s/ Thomas J. Platt
                                      Assistant Corporation Counsel