IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN CARILLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2738 |
| | ) | |
| vs. | ) | Judge Gettleman |
| | ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**INITIAL STATUS REPORT**

A. This matter is set for a initial status hearing on Wednesday, September 17, 2008, at 9:00 a.m.

B. Louis J. Meyer, Lawrence V. Jackowiak and Daniel P. Kiss are the attorneys for the Plaintiff. Thomas Platt and Anne Preston are attorneys for Defendant-Officers and the City of Chicago.

C. The basis for federal jurisdiction is Federal Question jurisdiction pursuant to 28 U.S.C. § 1331 and §1343(a). The factual basis for the jurisdiction are allegation of 42 U.S.C. § 1983 based upon an unreasonable seizure and excessive force claim. Jurisdiction for Plaintiff's state claims is based on supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

D. All parties request a jury trial.

E. The nature of the claims are that Plaintiff was wrongfully seized by the Defendant-Officers on August 4, 2007. Moreover, Plaintiff contends that a Defendant-Officer used excessive force on him at the police station and that the other Defendant-Officers failed to intervene on Plaintiff's behalf to stop the constitutional violation. Finally, Plaintiff alleges that he was maliciously prosecuted by the Defendant-Officers.

F. Plaintiff seeks compensatory damages for these violations and attorneys' fees pursuant to 42 U.S.C. §1988.

G. All Defendants have been served.

H. The principal legal issues are: (1) whether there was probable cause to seize Plaintiff; (2) whether the Defendant-Officers used excessive force against

        Plaintiff; (3) whether the Defendant-Officers failed to intervene to prevent the use excessive force used against Plaintiff; and (4) was their probable cause to charge Plaintiff with reckless conduct.

I. Factual issues: (1) what facts were the Defendant-Officers aware of at the time of the seizure; (2) when was Plaintiff arrested; (3) what amount of force if any was used upon Plaintiff; (4) whether the use of the force if any was reasonable under the circumstances, and (5) whether the charges brought against Plaintiff were supported by probable cause and whether they were terminated in a manner favorable to Plaintiff.

J. The parties do not anticipate the filing of dispositive motions at this time. The parties reserve the right to move for summary judgment based upon the outcome of discovery.

K. Rule 26(a)1 disclosures have been exchanged by parties. Fact discovery to close on January 30, 2009. Expert Discovery to be completed by March 27, 2009. Plaintiff's expert reports to be filed by January 30, 2009, Defendants' to disclose experts by February 20, 2009, Plaintiff's rebuttal expert report due on March 6, 2009.

L. Parties believe they can be ready for trial by April 2009, unless summary judgment motions are filed. The probable length of trial will be approximately five (5) days.

M. The parties have not yet had settlement discussions.

N. There is not unanimous consent to trial before the magistrate judge.

Respectfully Submitted,

| | |
|---|---|
| Date: September 9, 2008 | Date: September 9, 2008 |
| /s/ Louis J. Meyer | /s/ Anne Preson |
| Law Offices of Lawrence V. Jackowiak | Assistant Corporation Counsel |
| 20 North Clark Street, Suite 1700 | 30 North LaSalle Street, Suite 1400 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 795-9595 | (312) 742-4045 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |